**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV11-05877 JAK (SPx) | Date | September 13, 2011 |
| Title | Edwin Figueroa v. Carrows Restaurants Inc et al | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL AS TO DEFENDANT HAMILTON WEST SHOPPING CENTER**

On September 12, 2011, plaintiff filed "Notice of Settlement as to Defendant Hamilton West Shopping Center, LLC" [15]. The Court sets an Order to Show Cause re Dismissal re Defendant Hamilton West Shopping Center for October 17, 2011 at 10:30 a.m. If the parties file a dismissal by October 13, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

**IT IS SO ORDERED.**

                                                                                                      :
                                                                         Initials of Preparer   ak