# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-05877 JAK (SPx) | Date | September 16, 2011 |
|---|---|---|---|
| Title | Edwin Figueroa v. Carrows Restaurants Inc et al | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On September 15, 2011, plaintiff filed "Notice of Settlement" [17].  The Court continues the Order to Show Cause as to Defendant Hamilton West Shopping Center, LLC, from October 17, 2011 to October 31, 2011 at 10:30 a.m.  If the parties file a dismissal as to both defendants by October 20, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

**IT IS SO ORDERED.**

:

Initials of Preparer    ak